IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| Tony-Alexander: Hamilton,<br><br>  Petitioner,<br><br>vs.<br><br>MIKE CHABRIAS,<br><br>  Respondent. | MEMORANDUM DECISION AND ORDER DENYING PETITIONER'S MOTION FOR SANCTIONS<br><br>Case No. 2:03-CV-757 TS |

Petitioner filed his Petition for Writ of Habeas Corpus[1] on September 4, 2003. Within that Petition, Petitioner stated that his name was to be styled "Tony-Alexander: Hamilton" and that any pleading with any name to the contrary, such as in all capital letters, would be considered a fraud and would be rejected by him.[2] In the caption to his response,[3] Respondent—through his attorney—presented Petitioner's name in all capital letters. Thereafter, Petitioner filed this Motion for Sanctions[4] against Respondent's counsel for these actions.

---

[1] Docket No. 1.

[2] *Id.* at 2.

[3] Docket No. 12.

[4] Docket No. 15.

1

Since Petitioner has received the materials filed in this case, the Court cannot see that Petitioner has suffered any prejudice as a result of the typography used by Respondent.[5] However, the Court sees no reason why Petitioner's preferred typography cannot be used.[6] As a result, the Court will, in its future orders use the typography preferred by Petitioner and directs Respondent to do the same.  The Court, however, finds that Petitioner has failed to state any grounds for the Court to issue sanctions against Respondent's counsel.  It is therefore

ORDERED that Petitioner's Motion for Sanctions (Docket No. 15) is DENIED.

DATED   March 23, 2006.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[5]*See Smith v. Kitchen*, 156 F.3d 1025, 1027 n.1 (10th Cir. 1997).

[6]*Id*.